UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                      Plaintiff,<br><br>v.<br><br>AMERICAN HOME ASSURANCE CO.,<br><br>                                      Defendant. | Before: Richard W. Goldberg, Senior Judge<br>Court No. 10-00185 |

## AMENDED JUDGMENT

This case having been submitted for decision, and the court, after due deliberation, having rendered an opinion; now in conformity with that decision, it is hereby

**ORDERED** that Plaintiff's Motion for Summary Judgment be, and hereby is, GRANTED IN PART and DENIED IN PART; it is further

**ORDERED** that Defendant's Motion for Summary Judgment be, and hereby is, GRANTED IN PART and DENIED IN PART; and it is further

**ORDERED** that judgment is entered against Defendant in the amount of $600,000 plus prejudgment interest under 19 U.S.C. § 580 in the amount of $299,441.10 and postjudgment interest to be calculated in accordance with the opinion of the court.

                                                                                              /s/ Richard W. Goldberg
                                                                                              Richard W. Goldberg
                                                                                              Senior Judge

Dated:  September 30, 2015
New York, New York